Andrea E. Celli
Chapter 13 Standing Trustee

To:  Beth E. Gillis                                                     Case No. 14-12595
     429 Goose Island Road
     Argyle, NY  12809

     MICHAEL J TOOMEY, ESQ
     THE TOOMEY LAW FIRM, PLLC
     ONE SOUTH WESTERN PLAZA
     GLENS FALLS, NY  12801
     Via Electronic Service

## NOTICE OF CLAIMS FILED

The following is a list of all claims filed by creditors in the above referenced Chapter 13 Bankruptcy Case. A copy of this report has been sent to the Debtor and the Debtor's attorney.

Pursuant to 11 U.S.C. 502(a), the claims are deemed allowed and payment will be remitted to each creditor based on the filed claim amounts unless within 45 days of this Notice, the Debtor or their attorney files a written Objection with the Court AND provides a copy of the objection to the Trustee. All Objections must be in writing and in compliance with Bankruptcy Rule 9014 which requires NOTICE OF MOTION and Motion Objecting to the Claim.

| Name/Acct. No. | Type | Claim Amount | Interest Rate |
|---|---|---|---|
| MICHAEL J TOOMEY, ESQ | ATTORNEY FEE | 2,500.00 | 0.00 |
| AMERICAN HONDA FINANCE CORPORATION 8387 | LEASE CREDITOR | 0.00 | 0.00 |
| HONDA FINANCIAL CORP | LEASE CREDITOR | 0.00 | 0.00 |
| PHH MORTGAGE CORPORATION XXXXXXXX PET | MORTGAGE ARREARS | 300.00 | 0.00 |
| PHH MORTGAGE CORPORATION 1562 | MORTGAGE ARREARS | 3,417.80 | 0.00 |
| CAVALRY SPV I, LLC AS ASSIGNEE CAPITAL ONE, N.A. 1368 | UNSECURED/REPOSSE | 0.00 | 0.00 |
| HONDA FINANCIAL CORP 8387 | UNSECURED | 0.00 | 0.00 |
| CHASE 0279 | UNSECURED | 0.00 | 0.00 |
| DISCOVER BANK 0069 | UNSECURED | 9,922.56 | 0.00 |

| Name/Acct. No. | Type | Claim Amount | Interest Rate |
|---|---|---|---|
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>3594 | UNSECURED | 4,931.97 | 0.00 |
| QUANTUM3 GROUP LLC<br>9319 | UNSECURED | 443.43 | 0.00 |
| LAW OFFICE OF COHEN & SLAMOWITZ, LLP<br>1482 | UNSECURED | 0.00 | 0.00 |
| CAPITAL ONE NA<br>5661 | UNSECURED | 609.02 | 0.00 |
| CAPITAL ONE RETAIL SERVICES<br>1670 | UNSECURED | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC<br>1446 | UNSECURED | 825.70 | 0.00 |
| CERASTES LLC<br>9435 | UNSECURED | 19,302.50 | 0.00 |
| THE IMPERIAL LAW GROUP | UNSECURED | 0.00 | 0.00 |

TOTALS

| | | | |
|---|---|---|---|
| Total Priority: | $0.00 | | |
| Total Secured: | $3,717.80 | | |
| Total Unsecured: | $36,035.18 | Toal Claims Filed | $39,752.98 |

SUMMARY OF PLAN TERMS

Debtor's plan payments    $100.00/ monthly for 60 months

Minimum amounts required for plan completion:
    Minimum percentage for unsecured creditors    5.00%
    Disposable Income:    $-
    Liquidation:    $3,000.00

Date:    06/17/2015    Signed:    /s/ Katie Robbins

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:  Beth E. Gillis | **AFFIDAVIT OF SERVICE**<br>Case No.: 14-12595 |
| Debtor | |

KATIE ROBBINS, BEING DULY SWORN, DEPOSES AND SAYS: THAT SHE IS OVER THE AGE OF 18 YEARS; THAT SHE SERVED A COPY OF **NOTICE OF CLAIMS FILED** DATED JUNE 17, 2015 ON THE FOLLOWING MANNERS: ON JUNE 17, 2015.

**VIA ELECTRONIC FILING:**

| | |
|---|---|
| Office of the United States Trustee<br>74 Chapel Street<br>Albany, NY  12207 | MICHAEL J TOOMEY, ESQ<br>THE TOOMEY LAW FIRM, PLLC<br>ONE SOUTH WESTERN PLAZA<br>GLENS FALLS, NY  12801 |

**VIA REGULAR U.S. MAIL**

Beth E. Gillis
429 Goose Island Road
Argyle, NY  12809

BY DEPOSTING A TRUE AND CORRECT COPY OF THE SAME PROPERLY ENCLOSED IN A POST-PAID WRAPPER IN THE OFFICIAL DEPOSITORY MAINTAINED AT 7 SOUTHWOODS PLAZA, ALBANY, NEW YORK DIRECTED TO SAID PERSON(S), AT SAID ADDRESSES.

/s/ KATIE ROBBINS
KATIE ROBBINS

Sworn before me this
17th day of June, 2015

/s/ Sandra Spring
Reg. # 4955344
Notary Public - State of NY
Qualified in Rensselaer County
My Comission Expires 08/28/2017